**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Victor Manuel TREVINO–VASQUEZ,**
**Defendant–Appellant.**

**No. 10–40237**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 27, 2011.

Renata Ann Gowie, James Lee Turner, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jerome Godinich, Jr., Law Office of Jerome Godinich Jr., Houston, TX, for Defendant–Appellant.

Victor Manuel Trevino–Vasquez, Post, TX, pro se.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Victor Manuel Trevino–Vasquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Trevino–Vasquez has filed an untimely response. We have reviewed counsel's brief

---

9. S. 100–2.

10. *Id.* at 6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the relevant portions of the record reflected. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.